UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2022 FEB 24  PM 1: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Steven Perez

LUCHA EL POR LIBERTAD,                 *
                                       *
          Plaintiff,                   *
                                       *
     v.                                *          C.A. No. 22-10130-ADB
                                       *
TROOPER RYAN CASEY, et al.,            *
                                       *
          Defendants.                  *
                                       *

ORDER

BURROUGHS, D.J.

On February 1, 2022, a Procedural Order entered denying plaintiff's motion for leave to

proceed *in forma pauperis* and directing plaintiff either to pay the filing fee or file a renewed

motion with a copy of his prison account statement. Dkt. No. 4. On February 9, 2022, Libertad

filed a renewed motion for leave to proceed *in forma pauperis*. Dkt. No. 5.

On February 14, 2022, the court denied plaintiff's second motion for leave to proceed *in

forma pauperis* and granted plaintiff 28 days to file (1) a renewed *in forma pauperis* motion with

his prison account statement, and (2) an amended complaint that adequately alleges subject

matter jurisdiction and sets forth a plausible claim upon which relief may be granted. Dkt. No. 6.

Also on February 14, 2022, the court received for filing several documents from plaintiff.

Dkt. No. 7. The main document is titled "Affidavit of Fact" and plaintiff explains that he

"requested the Facility to send the required document to the United States District Court for the

District of Massachusetts." *Id.* Plaintiff also states that the "Facility has notified [plaintiff that]

the required document is property of Essex County Correctional Facility." At the end of the

※ Please find enclosed copy of
plaintiff's E.C.C.F. Commissary account

Steven Perez -a.K.a. Lucha EL Por Libertad    ECCF Commissary Accou
20107/2

| Date | Transaction Name | Av Amount | Running Balar | Transaction IC | Media | Username | Drawer | Name | Note |
|---|---|---|---|---|---|---|---|---|---|
| 9/2/2021 7:13:08 PM | TOUCHPAY BOOKING DEPOSIT | 0.00 | 0.00 | 578898 | | TOUCHPAY AUTO | | STEVEN PEREZ | TOUCHPAY TRANSACTION NUMBER: 532147688252776 |
| 9/16/2021 1:13:07 PM | MAIL CREDIT | 474.40 | 474.40 | 586062 | CHECK | CNEENAN | CASH DVER 1 | | Billerica jail. No msa but only active Steven Perez |
| 9/20/2021 10:44:55 AM | ORDER DEBIT | -124.78 | 349.62 | 587297 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 151765 |
| 9/29/2021 12:52:55 PM | ORDER DEBIT | -63.53 | 286.09 | 591849 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 153603 |
| 10/5/2021 1:06:58 PM | ORDER DEBIT | -52.29 | 233.80 | 594998 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 154680 |
| 10/11/2021 1:47:58 PM | RETURN CREDIT | 52.29 | 286.09 | 598046 | | COMMISSARY INTERFACE | | | RETURN FOR ORDER #: 154690 |
| 10/11/2021 7:40:05 PM | ORDER DEBIT | -123.34 | 162.75 | 598256 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 155874 |
| 10/19/2021 8:45:13 PM | ORDER DEBIT | -95.32 | 67.43 | 602454 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 157463 |
| 10/25/2021 7:32:50 PM | TOUCHPAY WEB DEPOSIT | 100.00 | 167.43 | 605354 | | TOUCHPAY AUTO | | Brenda Morales | TOUCHPAY TRANSACTION NUMBER: 716817046480159 |
| 10/26/2021 1:25:36 PM | ORDER DEBIT | -123.76 | 43.67 | 605650 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 158393 |
| 11/3/2021 4:33:58 PM | ORDER DEBIT | -43.22 | 0.45 | 609642 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 160597 |
| 11/19/2021 9:20:16 PM | TOUCHPAY WEB DEPOSIT | 30.00 | 30.45 | 617344 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 930606069261601 |
| 11/19/2021 9:55:45 PM | ORDER DEBIT | -29.21 | 1.24 | 617357 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 164375 |
| 11/30/2021 8:40:40 PM | TOUCHPAY WEB DEPOSIT | 21.00 | 22.24 | 621651 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 315309168829797 |
| 11/30/2021 8:53:39 PM | ORDER DEBIT | -21.63 | 0.61 | 621665 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 167177 |
| 12/8/2021 6:46:01 PM | TOUCHPAY WEB DEPOSIT | 50.00 | 50.61 | 625159 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 363854314186017 |
| 12/8/2021 7:49:53 PM | ORDER DEBIT | -49.45 | 1.16 | 625260 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 169313 |
| 12/15/2021 8:41:12 PM | TOUCHPAY WEB DEPOSIT | 20.00 | 21.16 | 628122 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 926957115942175 |
| 12/15/2021 8:50:13 PM | ORDER DEBIT | -21.04 | 0.12 | 628141 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 170980 |
| 12/28/2021 12:21:12 AM | TOUCHPAY WEB DEPOSIT | 25.00 | 25.12 | 642708 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 993875810198815 |
| 12/30/2021 9:56:12 AM | TOUCHPAY WEB DEPOSIT | 20.00 | 45.12 | 643382 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 992166631318886 |
| 1/3/2022 1:18:14 PM | ORDER DEBIT | -45.04 | 0.08 | 644693 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 174453 |
| 1/11/2022 2:46:52 PM | RETURN CREDIT | 45.04 | 45.12 | 647859 | | COMMISSARY INTERFACE | | | RETURN FOR ORDER #: 174453 |
| 1/16/2022 7:36:17 PM | TOUCHPAY WEB DEPOSIT | 10.00 | 55.12 | 649944 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 116208430359909 |
| 1/16/2022 9:38:52 PM | ORDER DEBIT | -54.95 | 0.17 | 649969 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 177608 |
| 1/23/2022 8:31:14 PM | TOUCHPAY WEB DEPOSIT | 60.00 | 60.17 | 652490 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 692492510078241 |
| 1/23/2022 10:11:17 PM | ORDER DEBIT | -59.70 | 0.47 | 652536 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 179579 |
| 2/2/2022 9:21:16 PM | TOUCHPAY WEB DEPOSIT | 25.00 | 25.47 | 656916 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 712679191913830 |
| 2/2/2022 9:55:01 PM | ORDER DEBIT | -25.38 | 0.09 | 656976 | | COMMISSARY INTERFACE | | | ORDER NUMBER: 181923 |
| 2/4/2022 4:01:16 AM | TOUCHPAY WEB DEPOSIT | 35.00 | 35.09 | 657318 | | TOUCHPAY AUTO | | Novrica Powell | TOUCHPAY TRANSACTION NUMBER: 709156161103205 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/5/2022 3:30:44 PM | ORDER DEBIT | -35.05 | 0.04 | 657680 | COMMISSARY IN | | ORDER NUMBER: 182365 |
| 2/20/2022 8:11:51 PM | TOUCHPAY WEB DEPOSIT | 50.00 | 50.04 | 663121 | TOUCHPAY AUT | Novrice  Powell | TOUCHPAY TRANSACTION NUMBER: 5625668223399 |
| 2/20/2022 10:20:09 PM | ORDER DEBIT | -49.67 | 0.37 | 663153 | COMMISSARY IN | | ORDER NUMBER: 185919 |